## JONES *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 45, September Term, 1960.]

*Decided January 17, 1961.*

Before Brune, C. J., and Henderson, Hammond, Prescott and Horney, JJ.

Per Curiam.

The application for leave to appeal is denied for the rea-

sons set forth in detail in the memorandum and order of Judge Warnken denying post conviction relief.

*Application denied.*